Case 0:10-cv-60366-PAS   Document 3   Entered on FLSD Docket 03/11/2010   Page 2 of 2

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. **10-60366-CIV-SEITZ/O'SULLIVAN**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Jeff Smith__
was received by me on *(date)* __3/19/2010__.

☒ I personally served the summons on the individual at *(place)* __7520 NW 5th St Plantation, Fl 33317__ on *(date)* __3/23/2010__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: __3/23/2010__

_____
*Server's signature*

__Eric Rosaler - Process Server__
*Printed name and title*

__P.O. Box 4132 - Hallandale, Fl 33008__
*Server's address*

Additional information regarding attempted service, etc: