UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60366-CIV-SEITZ/O'SULLIVAN

CHRISTIAN PEREZ,

           Plaintiff,

v.

ALLSTATE TITLE AGENCY, INC.
and JEFF SMITH,

           Defendants.
_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

This matter is before the Court on Plaintiff's Motion for Final Default Judgment [DE-13]. The Court held a hearing on January 11, 2011 at which Defendants did not appear. At the hearing the Court heard the testimony of Plaintiff Christian Perez and attorney Andrew Glenn. Based on that testimony, Plaintiff made a diligent effort to serve Defendants with the Motion. Also based on the testimony, Plaintiff is entitled to overtime pay in the amount of $1,800, liquidated damages in the same amount, and his costs and attorneys' fees. Accordingly, it is

ORDERED that Plaintiff's Motion for Final Default Judgment [DE-13] GRANTED. The Court shall enter a separate judgment awarding Plaintiff $3,600 in damages, plus $2,720 is attorneys' fees and costs.

DONE AND ORDERED in Miami, Florida, this 11th day of January, 2011.

           _____
           PATRICIA A. SEITZ
           UNITED STATES DISTRICT JUDGE

cc:    All counsel of record