UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-60366-CIV-SEITZ/O'SULLIVAN

CHRISTIAN PEREZ,

          Plaintiff,

v.

ALLSTATE TITLE AGENCY, INC.
and JEFF SMITH,

          Defendants.
_____/

## FINAL DEFAULT JUDGMENT

Pursuant to the Court's Order Granting Plaintiff's Motion for Final Default Judgment, it is

ORDERED that judgment is entered in favor of Plaintiff, Christian Perez, and against Defendants, Allstate Title Agency, Inc. and Jeff Smith. Plaintiff shall recover from Defendants the amount of $6,320.00. For all of the foregoing execution shall issue.

DONE AND ORDERED in Miami, Florida, this 11th day of January, 2011.

                                              PATRICIA A. SEITZ
                                              UNITED STATES DISTRICT JUDGE

cc:    All counsel of record